5-180565

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

----------------------------------------------------)
CMA CGM (AMERICA) LLC,                              )
                                                    )
                              Plaintiff,            )
                                                    )           CIVIL COMPLAINT
              - against -                           )           IN ADMIRALTY
                                                    )
INTELLICAPITAL, LLC, and                            )
ARAM K. HONORE,                                     )
                                                    )
                              Defendant.            )
----------------------------------------------------)

       Plaintiff, CMA CGM (AMERICA) LLC, by its attorneys WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against defendants, INTELLICAPITAL, LLC, and ARAM K. HONORE, in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, et seq.

       2. At all times hereinafter mentioned, plaintiff, CMA CGM (AMERICA) LLC was and still is a corporation organized and existing under the laws of the State of New Jersey, with offices and a place of business at 5701 Lake Wright Drive, Norfolk, VA 23502.

       3. Upon information and belief and at all times hereinafter mentioned, defendants had and now have the legal status and place of business at set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendants pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendants have failed and refused and continue to fail and to refuse to remit payment of $43,200.36, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $43,200.36 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

      3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Miami, Florida
       December 8, 2010

          WALTON LANTAFF SCHROEDER & CARSON

By _Hadley Sanders_ FBN 74414
for Lawrence D. Smith
Florida Bar No. 323594
Attorneys for Plaintiff
CMA CGM (AMERICA) LLC
9350 Financial Centre
9350 South Dixie Highway, 10th Floor
Miami, FL 33156
(305) 671-1300


OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

## SCHEDULE A

I. Defendants' status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant INTELLICAPITAL, LLC is a former Florida limited liability corporation dissolved on December 5, 2009, with offices and a place of business at 1000 5th Street, Suite 200, Miami Beach, FL 33139.

    B. Upon information and belief and at all times hereinafter mentioned, defendant ARAM K. HONORE is a natural person and resident of the State of Florida, and Owner of Intellicapital, LLC, at the corporate address and at 425 E. Dilido Drive, Miami Beach, FL 33139.

II. Details of shipment(s):

    1. Invoice 54212, dated February 25 2010, cancelled booking fee totaling $125.00 (Exhibit A).

Amount Paid: $0                      Amount Due: $125.00

    2. Invoice 57494, dated August 17, 2010, cancelled booking fee and detention totaling $380.00 (Exhibit B).

Amount Paid: $0                      Amount Due: $380.00

    3. Invoice NAEX0753769, dated January 19, 2010, export detention charges totaling $1,425.00 (Exhibit C).

Amount Paid: $0                      Amount Due: $1,425.00

    4. Invoice NAEX0767995, dated February 24, 2010, export detention charges totaling $925.00 (Exhibit D).

Amount Paid: $0                      Amount Due: $925.00

    5. Invoice NAEX0768002, dated February 24, 2010, export detention charges totaling $2,300.00 (Exhibit E).

Amount Paid: $0                        Amount Due: $2,300.00

    6. Invoice NAEX0779857, dated March 22, 2010, export demurrage charges totaling $500.00 (Exhibit F).

Amount Paid: $0                        Amount Due: $500.00

    7. Invoice NAEX0802309, dated May 12, 2010 (Exhibit G), and Bill of Lading NA1682293 (Exhibit H), export demurrage charges totaling $1,300.00.

Amount Paid: $0                        Amount Due: $1,300.00

    8. Invoice NAEX0802310, dated May 12, 2010, export demurrage charges totaling $300.00 (Exhibit I).

Amount Paid: $0                        Amount Due: $300.00

    9. Invoice NAEX0811675, dated June 4, 2010, export demurrage charges totaling $400.00 (Exhibit J).

Amount Paid: $0                        Amount Due: $400.00

    10. Invoice NAEX0852210 of September 14, 2010 (Exhibit K), and Bill of Lading NA1714351 (Exhibit L), one forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, from Houston to Haiphong on the Vessel CMA CGM FLORIDA, at the applicable tariff charge of $1,979.00.

Amount Paid: $0                        Amount Due: $1,979.00

11. Invoice NAEX0852226 of September 14, 2009 (Exhibit M), and Bill of Lading NA1720533 of September 11, 2010 (Exhibit N), from Houston to Haiphong on the Vessel CMA CGM BLUE WHALE, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,379.00.

Amount Paid: $0                    Amount Due: $2,379.00

12. Invoice NAEX0852696, dated September 15, 2010, export demurrage charges totaling $1,300.00 (Exhibit O).

Amount Paid: $0                    Amount Due: $1,300.00

13. Invoice NAEX0852733, dated September 15, 2010, export demurrage totaling $150.00 (Exhibit P).

Amount Paid: $0                    Amount Due: $150.00

14. Invoice NAEX0854601 of September 20, 2010 (Exhibit Q), and Bill of Lading NA1721642 (Exhibit R), dated September 14, 2010, from Kansas City to Hong Kong via New York on the Vessel MAERSK KLEVEN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $3,521.25 (Exhibit R).

Amount Paid: $0                    Amount Due: $3,521.25

15. Invoice NAEX0800700 of May 7, 2010 (Exhibit S), and Bill of Lading NA1679934 of May 11, 2010, from Nashville to Haiphong via Savannah on the Vessel CMA CGM MARLIN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,593.75 (Exhibit T).

Amount Paid: $0                    Amount Due: $2,593.75

16. Invoice NAEX0800747 of May 7, 2010 (Exhibit U), and Bill of Lading NA1680921, dated May 31, 2010, from Kansas City to Haiphong via New York on the Vessel SL WASHINGTON, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,872.25 (Exhibit V).
Amount Paid: $0                    Amount Due: $2,872.25

17. Invoice NAEX0801398 of May 10, 2010 (Exhibit W), and Bill of Lading NA1682293, dated May 8, 2010, from Houston to Haiphong on the Vessel VILLE D'AQUARIUS, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,075.00 (Exhibit X).
Amount Paid: $0                    Amount Due: $2,075.00

18. Invoice NAEX0808037 of May 25, 2010 (Exhibit Y), and Bill of Lading NA1679934 (Exhibit Z), late payment fee of $50.00.
Amount Paid: $0                    Amount Due: $50.00

19. Invoice NAEX0808803 of May 27, 2010 (Exhibit AA), and Bill of Lading NA1680921 (Exhibit BB), late payment fee of $50.00.
Amount Paid: $0                    Amount Due: $50.00

20. Invoice NAEX0815019 of June 14, 2010 (Exhibit CC), and Bill of Lading NA1690996, dated June 3, 2010, from Houston to Haiphong on the Vessel CMA CGM VANILLE, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC SCRAP, at the applicable tariff charge of $2,179.00 (Exhibit DD).
Amount Paid: $0                    Amount Due: $2,179.00

21. Invoice NAEX0815559 of June 14, 2010 (Exhibit EE), and Bill of Lading NA1692205, dated June 8, 2010, from Memphis to Haiphong via Savannah on the Vessel CMA CTM VANILLE, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,572.75 (Exhibit FF).

Amount Paid: $0                              Amount Due: $2,572.75

22. Invoice NAEX0816499 of June 16, 2010 (Exhibit GG), and Bill of Lading NA1693111, dated June 10, 2010, Long Beach to Haiphong on the Vessel MSC TORONTO, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,260.00 (Exhibit HH).

Amount Paid: $0                              Amount Due: $2,260.00

23. Invoice NAEX0817588 of June 20, 2010 (Exhibit II), and Bill of Lading NA1692704, dated June 16, 2010, from Jacksonville to Haiphong on the Vessel CMA CGM CHATEAU D'IF, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $2,347.00 (Exhibit JJ).

Amount Paid: $0                              Amount Due: $2,347.00

24. Invoice NAEX0826117 of July 9, 2010, late payment fee of $200.00 for Bill of Lading NA1692205 (Exhibit KK).

Amount Paid: $0                              Amount Due: $200.00

25. Invoice NAEX0826941, dated July 13, 2010, late payment fee of $200.00 for B/L NA1693111 (Exhibit LL)

Amount Paid: $0                              Amount Due: $200.00

    26. Invoice NAEX0834490, dated June 30, 2010 (Exhibit MM), and Bill of Lading NA1707598, dated June 30, 2010, one (1) forty-foot Hi-Cube SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $4,658.61 (Exhibit NN).

Amount Paid: $0                        Amount Due: $4,658.61

    27. Invoice NAEX0836577, dated August 5, 2010 (Exhibit OO), and Bill of Lading NA1709450 of August 2, 2010, from Kansas City to Hong Kong via New York on the Vessel MAERSK KOLKATA, one (1) forty-foot container SAID TO CONTAIN: PLASTIC PC SCRAP, at the applicable tariff charge of $3,457.75 (Exhibit PP).

Amount Paid: $0                        Amount Due: $3,457.75

    28. Invoice NAEX0838253 of August 10, 2010, late payment fee of $200.00 for Bill of Lading NA1692704 (Exhibit QQ).

Amount Paid: $0                        Amount Due: $200.00

    29. Invoice NAEX0841942, dated August 19, 2010 (Exhibit RR), late payment fee of $200.00 for Bill of Lading NA1709460 (Exhibit SS).

Amount Paid: $0                        Amount Due: $200.00

## III. TOTAL AMOUNT DUE: $43,200.36